## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>        Plaintiff,<br><br>    v.<br><br>BÉIS, LLC,<br><br>        Defendant. | Civil Action No. 22-189 |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Anthony Hammond Murphy voluntarily dismisses all claims alleged in *Murphy v. BÉIS, LLC*, Case No. 1:22-cv-00189-RAL, without prejudice, and with each party bearing his and its own costs.

Dated: July 23, 2022

                                   */s/ Kevin Lawrence H. Fisher*

Lawrence H. Fisher (PA 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412 ) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, May 10, 2022, a true and correct copy of the foregoing

document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: May 10, 2022                               */s/ Kevin Tucker*
                                                  _____
                                                  Kevin W. Tucker (He/Him)